# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| OSHANE SPENCER,<br><br>      Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>      Defendant. | Case No. 1:25-cv-03331 |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff, Oshane Spencer, and Defendant Equifax Information Services LLC ("Equifax") that the above-titled action is hereby dismissed with prejudice as to Defendant Equifax. Each party will bear their own costs and attorney's fees.

318976115v.1

DATED:                                             Respectfully submitted,

                                                   PRO SE PLAINTIFF


                                                   By: /s/ Oshane Spencer
                                                         Oshane Spencer
                                                         2625 LoveJoy Crossing Ln
                                                         Hampton, Georgia  30228-5988

                                                   *Pro Se Plaintiff*


                                                   SEYFARTH SHAW LLP


                                                   By: /s/ Eric Barton
                                                         Eric Barton, GA Bar No. 040704
                                                         ebarton@seyfarth.com
                                                         SEYFARTH SHAW LLP
                                                         1075 Peachtree Street, N.E.
                                                         Suite 2500
                                                         Atlanta, Georgia  30309-3958
                                                         Telephone:  (404) 885-1500
                                                         Facsimile:  (404) 892-7056

                                                   *Counsel for Defendant*
                                                   *Equifax Information Services LLC*

2

318976115v.1

# CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2026, I presented the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE to the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy has also been sent via U.S. Mail to the following:

>Oshane Spencer, *plaintiff pro se*
>2625 LoveJoy Crossing Ln
>Hampton, Georgia  30228-5988

>*/s/ Eric Barton*
>Eric Barton
>*Counsel for Defendant*
>*Equifax Information Services LLC*

318976115v.1